**IT IS SO ORDERED.**

**SIGNED THIS: June 3, 2020**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br>I80 Equipment, LLC<br><br>    Debtor(s). | Case No. 17-81749<br><br>Chapter 7 |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. D/B/A ABC SUPPLY CO., INC. D/B/A NORANDEX BUILDING MATERIALS DISTRIBUTION<br><br>    Defendant. | AP. No. 19-8094 |

**ORDER**

This matter coming to be heard on the Joint Motion to Dismiss with

Prejudice filed herein by Plaintiff, Jeana K. Reinbold, solely as Chapter 7

Trustee of the Estate of I80 Equipment, LLC ("Plaintiff") and Defendant, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. D/B/A ABC SUPPLY CO., INC. D/B/A NORANDEX BUILDING MATERIALS DISTRIBUTION ("Defendant"), and the Court being fully advised:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint filed herein on December 5, 2019 (Doc. 1) is dismissed with prejudice. Plaintiff and Defendant shall each bear their own fees and costs.

###